IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN A. HERRING,

    Plaintiff,

v.                                                     CASE NO. 1:12-cv-71-SPM-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's complaint for judicial review of the final decision of the Commissioner (Doc. 1) and motion to proceed in *forma pauperis* with financial affidavit. (Doc. 3.)  The Court has reviewed the financial affidavit and finds that the Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a) and therefore leave to proceed *in forma pauperis* is due to be granted.

As a defendant, Plaintiff has named the Commissioner of the Social Security Administration.  Pursuant to Fed. R. Civ. P. 4(c)(3), because the Court has granted Plaintiff's request for leave to proceed as a pauper, the Court will order the United States Marshal to serve the Commissioner of Social Security, the United States Attorney for this district and the Attorney General of the United States as required under Fed. R. Civ. P. 4(i).

Accordingly, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is hereby **GRANTED** to the extent that this case may be filed without prepayment of fees.

2.  The clerk of court is directed to send the prepared summons, four certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.  The United States Marshal shall serve a copy of the complaint and summons upon the named defendant and the United States Attorney and the Attorney General of the United States.

3. The Marshal shall serve the Commissioner of the Social Security Administration, and the office of the United States Attorney for this District by sending copies of the summons and complaint **via certified mail** to the Attorney General of the United States, to the United States Attorney for the Northern District of Florida, and to the Commissioner of the Social Security Administration.

4.  If after 25 days from the mailing of the summons and complaint, the defendant has not returned a written acknowledgment of service, the Marshal shall so notify the Plaintiff.  Plaintiff shall then send the Marshal an identical copy of the complaint for the Defendant who has not acknowledged service.  Upon receipt of these service copies, the Marshal shall **personally** serve that Defendant, and subsequently file with the clerk the return of service.

**DONE AND ORDERED** this 9th day of April, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge